USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                       :
:
              -against-                      :      23-CR-493 (VEC)
:
JEREMY PINALES DIAZ,                            :      <u>ORDER</u>
                       Defendant.           :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 22, 2023, the Undersigned referred the presentment and arraignment of the Defendant to the Magistrate Court.

      IT IS HEREBY ORDERED that the parties must appear for an initial conference on **Tuesday, October 17, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: September 22, 2023**
**New York, NY**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**