**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

# MEMO ENDORSED

September 28, 2023

<u>BY ECF</u>

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2023

Re:   <u>United States v. Jeremy Pinales Diaz</u>, 23 Cr. 493 (VEC)

Dear Judge Caproni:

  I write with the consent of Pretrial Services to respectfully request that the Court modify Jeremy Pinales Diaz's bail condition of home detention to a curfew. The Government defers to the judgment of Pretrial Services.

  Mr. Pinales Diaz was arrested and presented in magistrate's court on August 23, 2023. Although Pretrial Services recommended that day that Mr. Pinales Diaz be released with a curfew, the Government requested that he be released on home detention, and the Court agreed. Since then, Mr. Pinales Diaz has been doing very well. His supervising Pretrial Officer, Marlon Ovalles, reports no issues, and he has obtained a new full-time job at a Manhattan branch of a fast casual restaurant chain that serves salads.

  To allow for greater flexibility with extra shifts and schedule changes at that new job, Mr. Pinales Diaz requests that his bail conditions be amended from home detention to a curfew. As noted, Pretrial originally recommended a curfew rather than home detention and consents to this modification, and the Government defers to the judgment of Pretrial Services.

  Thank you for your consideration.

Respectfully submitted,

/s/
Ariel Werner
Assistant Federal Defender
(212) 417-8770
Ariel_Werner@fd.org

CC:   AUSA Henry Ross

---

Application GRANTED. The conditions of Mr. Diaz's release are modified to include a curfew as set by Pretrial Services instead of home detention.

SO ORDERED.

*[signature]*
09/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE