USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
::
UNITED STATES OF AMERICA,                               :
:
             -against-                               :      23-CR-493 (VEC)
:
JEREMY PINALES DIAZ,                                    :      <u>ORDER</u>
                          Defendant.   :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 18, 2023, the parties appeared for a status conference;

       IT IS HEREBY ORDERED that any pretrial motions are due not later than **Friday, January 19, 2024**, with responses due **Friday, February 2, 2024**, and replies due **Friday, February 9, 2024**. Defendant's trial is scheduled for **Monday, March 11, 2024**. Motions *in limine* are due not later than **Friday, February 16, 2024**, with responses due **Friday, March 1, 2024**. Proposed *voir dire* questions and requests to charge are due not later than **Friday, March 1, 2024**. The Final Pre-Trial Conference will take place on **Thursday, March 7, 2024, at 2:30 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that time is hereby excluded until **March 11, 2024**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the need to provide adequate time for the parties to brief Defendant's anticipated pretrial motion.

**SO ORDERED.**

Date:  December 18, 2023
         New York, NY

                                                             **VALERIE CAPRONI**
                                                            **United States District Judge**