USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/05/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                                  23-CR-493 (VEC)

    JEREMY PINALES DIAZ,                              ORDER
                             Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 5, 2024, the parties requested a change-of-plea hearing;

       IT IS HEREBY ORDERED that a change-of-plea hearing will take place on **Friday, February 16, 2024,** at **1:30 P.M.** in Courtroom **443** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  February 5, 2024
        New York, NY

                                                       **VALERIE CAPRONI**
                                                      **United States District Judge**