```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/08/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
           -against-                                    :    21-CR-537 (VEC)
                                                                 :    23-CR-493 (VEC)
JEREMY PINALES DIAZ,                                             :
                                Defendant.            :         ORDER
                                                                 :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Pinales Diaz is scheduled to be sentenced on June 10, 2024; and

       WHEREAS that time is no longer convenient for the Court.

       IT IS HEREBY ORDERED that the Defendant will be sentenced on **Tuesday, June 18, 2024, at 11:00 A.M.**  Pre-sentencing submissions are due no later than **June 4, 2024**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  **May 8, 2024**
        **New York, NY**
                                                                 **VALERIE CAPRONI**
                                                               **United States District Judge**