**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Pinales Diaz, Jeremy,
    Petitioner,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2026

V.

Case No.1:23CR493-01(VEC)

United States Of America,
    Respondent.

MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE

NOW COMES, Pinales Diaz, Jeremy, Pro-Se, hereby respectfully requests this Honorable Court, to GRANT the following Motion For Early Termination Of Supervised Release, based on the Statement Of Facts herein.

STATEMENT OF FACTS

RECEIVED
DEC 10 2025
S.D.N.Y.

Petitioner, Pinales Diaz, Jeremy presents the following Statement Of Facts, to the best of his ability, as he is not familiar with Case Law, or Jurisdictional issues.

Petitioner was sentenced on 06-18-2024, to a term of 22 months with 3 years of Supervised Release to be served upon release from Federal Custody.

In November of this year, The United States Sentencing Commission provided new Amendments for the Supervised Release, allowing Individuals to submit a Motion to the United States District Court, while incarcerated for a reduction of Supervised Release.

Prior to the United States Sentencing Commission's new Amendment, it was written that the individual had to finish One Year of Supervised Release prior to petitioning the Court for relief.

A District Court may GRANT early termination if, after considering the factors set forth in 18 U.S.C.S. § 3553(a), it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Among the § 3553(a) factors are the following considerations: the nature and circumstances of the offense and the history and characteristics of the defendant; the need for deterrence, to protect the public, and to provide correctional treatment for the defendant; the advisory Sentencing Guidelines and pertinent U.S. Sentencing Commission policy statements; the need to avoid unwarranted sentencing disparities; and the need to provide restitution to any victims of the offense. 18 U.S.C.S.§ 3553(a).

Although a Court's order must demonstrate that these factors were considered, it need not explain how each factor specifically applied or explicitly state how each one factored into the analysis.

In addition to the factors set out in § 3553(a), a district court may consider other factors such as a defendant's employment history and financial status.

The United States Sentencing Commission was clear when the Guidelines for Supervised Release were placed into effect.

Dated: December 9, 2025                      Respectfully Submitted:

                                             Pinales Diaz, Jeremy

CONCLUSION

Petitioner, Pinales Diaz, Jeremy, PRAYS that this Court GRANTS this Early Termination Of Supervised Release, as he has a stable release plan, with Amalfi DeJesus, at 306 E.171st Street, Apt. 3H, Bronx, New York 10457.

He will obtain employment in the restaurant business, and continue to pay on his restitution. He will also abide by all stipulations placed by this Honorable Court.

Dated: December 9, 2025

Respectfully Submitted:

Pinales Diaz, Jeremy

(3)

Because Mr. Pinales-Diaz has only just begun supervision, the Court cannot meaningfully assess whether early termination of supervision might ultimately be appropriate. As of right now, the Defendant has presented no evidence to warrant the Court reconsidering its conclusion, having considered all of the appropriate § 3553 factors, that three years of supervised release is appropriate. Accordingly, the application is DENIED without prejudice to Defendant re-raising the request when he can show facts that will alter the prior § 3553 analysis.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Mr. Pinales-Diaz at 306 East 171st Street, Apt 3H, Bronx, NY 10457.


SO ORDERED.

1/8/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE